UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIMEE PUA HILBURN,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>    Defendant. | Case No. 23-cv-04668-DMR<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Jaimee Pua Hilburn filed a motion for attorneys' fees on June 13, 2024. [Docket No. 20.] Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Plaintiff's motion was due on June 27, 2024, but no opposition was filed. <u>Defendant Martin O'Malley is ordered to respond by **July 8, 2024** and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Defendant does not respond by July 8, 2024, Plaintiff's motion may be granted.

**IT IS SO ORDERED.**

Dated: July 1, 2024



Donna M. Ryu
Chief Magistrate Judge